UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/30/2020
```

Joel Shine,

               Plaintiff,

–v–

Benefytt Technologies, Inc., *et al.*,

               Defendants.

20-cv-5976 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    In light of the notice of voluntary dismissal filed August 13, 2020, all pending conferences are adjourned sine die.  This case remains closed.

    SO ORDERED.

Dated: October 23, 2020
       New York, New York

                                         ALISON J. NATHAN
                                     United States District Judge